```
LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 796-4560
     Facsimile: (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SEANTEL HARRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. SACV 21-1124 SHK <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED FIFTY-EIGHT DOLLARS AND 22/100 ($3,758.22), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 8/15/22         _____

HON. SHASHI H. KEWALRAMANI,
UNITED STATES MAGISTRATE JUDGE

-1-